PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

### Report on Offender Under Supervision

Name of Offender: <u>Christopher Roberson</u>  Case Number: <u>A-19-CR-198(01)-LY</u>

Name of Sentencing Judicial Officer: <u>Honorable Saundra Brown Armstrong U.S. District Judge, Northern District of California, Oakland Division</u>

Date of Original Sentence: <u>September 29, 2009</u>

Original Offense: <u>Ct. 2: Armed Bank Robber, Aiding and Abetting, in violation of 18 U.S.C. §§ 2113(a),(d),(e) and 2; Ct. 3: Using, Carrying and Brandishing Firearm During Crime of Violence, Aiding and Abetting, in violation of 18 U.S.C. §§ 924 (c)(1)(A) and 2</u>

Original Sentence: <u>Ct. 2: 46 months' imprisonment, Ct. 3: 84 months' imprisonment, Cts. 2 & 3 imprisonment to be served consecutively for a total of 130 months' imprisonment, followed by 5 years of supervised release in Cts. 2 & 3, to be served concurrently; special conditions: financial disclosure, mental and substance abuse treatment, search, and no gang association</u>

Type of Supervision: <u>Supervised Release</u>  Date Supervision Commenced: <u>July 19, 2019</u>

Assistant U.S. Attorney: <u>Christine Y. Wong</u>  Defense Attorney: <u>Laura S. Robinson</u>

---

## PREVIOUS COURT ACTION

On August 30, 2019, Probation Form 12A was submitted to the Court, advising of a random drug test submitted on July 22, 2019, that tested positive for marijuana. No action was requested.

On September 17, 2019, jurisdiction was transferred to the Western District of Texas/Austin Division, from the Northern District of California/Oakland Division.

On September 30, 2019, a Probation Form 12A was submitted to the Court advising of random drug tests submitted on August 22, 2019 and September 13, 2019, that both tested positive for marijuana and the defendant's failure to submit to random drug testing on September 23, 2019. No action was requested.

ROBERSON, Christopher
Report on Offender Under Supervision
Page 2

## NONCOMPLIANCE SUMMARY

**Violation of Standard Condition No. 7:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."

**Nature of Non-compliance:** On November 20, 2019, Roberson submitted to a random drug test that tested positive for marijuana. Additionally, the defendant failed to submit to random drug testing on October 21, 2019 and November 18, 2019.

**U.S. Probation Officer Action:** Roberson has recently experienced medical issues that have caused him pain. He admittedly has used marijuana to manage the pain. His use has been staffed with his counselor who will focus on better coping skills and cognitive interventions will be facilitated by the probation officer. No action is requested at this time, the Court will be notified if further issues of compliance arise.

Respectfully submitted,

Laura W. Howard
United States Probation Officer
Date: December 4, 2019

Approved:
Hector Garcia, Supervising
United States Probation Officer

ROBERSON, Christopher
Report on Offender Under Supervision
Page 3

## THE COURT ORDERS:

[X] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date: December 4, 2019