PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
## for
## Western District of Texas

**Report on Offender Under Supervision**

Name of Offender: Christopher Roberson     Case Number: A-19-CR-198(01)-LY

Name of Sentencing Judicial Officer: Honorable Saundra B. Armstrong, U.S. District Judge, Northern District of California, Oakland Division

Date of Original Sentence: September 29, 2009

Original Offense: Ct. 2: Armed Bank Robbery, Aiding Abetting, in violation of 18 U.S.C. §§ 2113(a), (d), (e), and 2; Ct. 3: Using, Carrying and Brandishing Firearm During Crime of Violence, Aiding and Abetting, in violation of 18 U.S.C. §§ 924 (c)(1)(A) and 2

Original Sentence: Ct. 2: 46 months imprisonment, Ct. 3: 84 months imprisonment; Cts 2 & 3 imprisonment to be served consecutively for a total of 130 months imprisonment, followed by 5 years supervised release in Cts. 2 & 3, to be served concurrently; special conditions include the following: financial disclosure, mental and substance abuse treatment, search, special assessment fee (paid), no contact with codefendants, no possession of firearms or dangerous weapons, and DNA collection

Type of Supervision: Supervised Release     Date Supervision Commenced: July 19, 2019

Assistant U.S. Attorney: Christine Y. Wong     Defense Attorney: Laura S. Robinson

---

### PREVIOUS COURT ACTION

On August 30, 2019, a Probation Form 12A was submitted to the Court, advising of a random urine test submitted on July 22, 2019, that tested positive for marijuana. No action was requested.

On September 17, 2019, jurisdiction was transferred to the Western District of Texas/Austin Division, from the Northern District of California/Oakland Division

On September 30, 2019, a Probation Form 12A was submitted to the Court, advising of random urine tests submitted on August 22, 2019, and September 13, 2019, that both tested positive for marijuana, and the defendant's failure to submit to a random drug test on September 23, 2019. No action was requested.

Christopher Roberson
Report on Offender Under Supervision
Page | 2

On December 4, 2019, a Probation Form 12A was submitted to the Court, advising of a random urine test submitted on November 20, 2019, that tested positive for marijuana, and the defendant's failure to submit to random drug testing on October 21, 2019, and November 18, 2019. No action was requested.

On December 31, 2019, a Probation Form 12A was submitted to the Court, advising of a random urine test submitted on December 06, 2019, that tested positive for marijuana. No action was requested.

## NONCOMPLIANCE SUMMARY

**Violation of Standard Condition No 7:** "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician."

**Nature of Non-compliance:** On February 17, 2023, Roberson submitted a random drug test, which tested positive for marijuana. This officer contacted the defendant, and he admitted verbally and in writing to using marijuana.

**U.S. Probation Officer Action:** Roberson was verbally admonished for his drug usage. Roberson will be enrolled in a random drug testing program to monitor for any further illegal drug usage. Therefore, it is respectfully recommended that the Court take no action at this time, the Court will be notified if further issues of compliance arise.

Respectfully submitted,

Christopher Webb
United States Probation
Officer Date: 3/3/2023

Approved: _____
Craig A. Handy, Supervising
United States Probation Officer

Christopher Roberson
Report on Offender Under Supervision
Page | 3

**THE COURT ORDERS:**

[✓] No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Honorable Susan Hightower
United States Magistrate Judge

Date: March 7, 2023